IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY HINSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) No. 3:10-cv-0213 |
| R & L CARRIERS SHARED SVCS, LLC, | ) |
| | ) Judge William Haynes, Jr. |
| Defendant. | ) |

**MOTION FOR LEAVE TO ALLOW DEFENDANT'S CO-COUNSEL TO APPEAR BY TELEPHONE AT THE INITIAL CASE MANAGEMENT CONFERENCE**

Comes now the Defendant, R & L Carriers Shared SVCS, LLC, by and through undersigned counsel and respectfully moves this honorable Court for an Order granting permission for Ellis Murov to participate via telephone conference in the Initial Case Management Conference scheduled for April 30, 2010 at 2:00 p.m. Mr. Murov's office is in Louisiana and he has been admitted to practice in this Court *pro hac vice* by order dated April 9, 2010. Defendant's local counsel, Samuel Jackson, will appear at the Initial Case Management Conference in person. Defendant's counsel has contacted counsel for the Plaintiff and he does not oppose this motion.

Wherefore, Defendant respectfully requests that the Court allow Mr. Murov to participate in the Initial Case Management Conference via telephone conference.

*[handwritten notation: "The motion is DENIED as moot." with signature and date 5-5-10]*